*United States District Court for the Northern District of Illinois*

Case Number: __O1 CR 43-1__   Assigned/Issued   By: __N7__

## FEE INFORMATION

**Amount Due:**  ☐ $350.00   ☐ $39.00   ☐ $5.00

☐ IFP   ☐ No Fee   ☐ Other _____

☐ $455.00

No. Service copies _____   Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____   Receipt #: _____

Date Payment Rec'd: _____   Fiscal Clerk: _____

## ISSUANCES

☐ Summons   ☐ Alias Summons

☐ Third Party Summons   ☐ Lis Pendens

☐ Non Wage Garnishment Summons   ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____

☒ Citation to Discover Assets   _____

☐ Writ _____   (name of victim, who it's
(Type of Writ)   against and $ amount)

| Original and __1__ copies on __6/9/6__ as to __Best Buy__
(Date)

C:\wpwin80\docket\feeinfo.frm   04/10/06