UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

KC **FILED**

DEC 19 2006
DEC 19 2006
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA, )
)
                    Plaintiff, )
)
        v. )
)
ROBERT HUDSON, )
)
                    Defendant, )   No. 01 CR 43-1
and )
)
BEST BUY, INCORPORATED, )   Judge Shadur
)
        Third Party Citation Respondent. )

## ANSWER OF THIRD PARTY CITATION RESPONDENT

I, **Jennifer Villegas** the **Notification Specialist** Respondent, **Best Buy**,
    (name)                              (title)
state under penalty of perjury as follows:

The Respondent is a **Corporation** organized under the laws of the State of **CA**.
(sole proprietorship, partnership, corporation, government agency)

On _____, Respondent was served with the Third Party Citation to Discover Assets. With respect to the judgment debtor, Robert Hudson, on the day Respondent was served with the Citation, Respondent had in its possession or control the following property of the judgment debtor:

1. Respondent **Employs** the Defendant.[1]
              (employs - employed - never employed)

If no longer employed, the last day of employment was _____.
State defendant's current employer, if known: _____

2. Defendant's pay period is ___ weekly, _X_ bi-weekly, ___ semi-monthly, ___ monthly.

    Enter date present pay period began _____ and date it ends _____.
    (Present means the pay period in which the Citation was served).

3. Calculate wages subject to garnishment:

(A) Gross wages (minus mandatory contributions to pension/retirement plans): (A)$ **1044.96**

**METHOD I**

(B) 15% OF (A)= (B)$ **156.74**

---

[1] If the defendant was employed by the Respondent, but not as of the date the Respondent received the Citation to Discover Assets, answer questions 1, 5 and 6 as of the date the Respondent received the Citation.

**METHOD II** (Calculate Method II ONLY if Gross Wages at (A) are less than $240.00: otherwise, skip to(G))

(C) Enter Total FICA, State and Federal Tax, and Medicare  (C)$ 209.42

(D) Subtract (C) from (A)=  (D)$ 836.54

(E) Enter minimum wage per pay period(45 x 5.15 per wk)  (E)$ 463.50

(F) Subtract (E) from (D)  (F)$ 372.04

(G) Enter Line (B) or if Method II applies, the lesser of (B) or (F)  (G)$ 156.74

(H) Enter child support or other court ordered deduction  (H)$ 0

(I) Subtract (H) from (G)  (I)$ 125.33

**LINE (B) or (I) IS THE AMOUNT TO BE WITHHELD FROM EMPLOYEE'S PAYCHECK AND NOT DISBURSED UNTIL FURTHER ORDER OF COURT.**

4. Are there prior garnishments or other court-ordered withholdings which are presently in effect including, but not limited to, child support and alimony?

Yes ___ No X

If the answer is yes, describe below.

_____

5. Do you, the Respondent, have custody, control or possession of any property, other than wages now owed or to be paid in the future, in which the defendant has an interest?

Yes ___ No X

If yes, please describe below (continue on additional sheets if necessary):

_____

6. Other than wages, Respondent anticipates owing to the defendant in the future the following amounts (continue on additional sheets if necessary):

_____ N/A _____.

7. Check and complete the applicable line below if you deny that you hold property subject to this Citation to Discover Assets.

___ The Respondent makes the following claim of exemption/election of exemption on the part of Defendant:

_____

___ The Respondent has the following objections, defenses, or set-offs to the United States' right to apply Respondent's indebtedness to defendant to the United States' claim:

_____

___ On the date the Respondent was served with the Citation, Respondent was not indebted or under liability to the defendant, and/or the Respondent did not have in his/her/its possession or control any wages, income or other property belonging to the defendant, or in which the defendant has an interest and is not liable as Respondent in this action.

8. The original Answer must be filed with the Clerk of the Court for the Northern District of Illinois located at 219 South Dearborn Street, 20th Floor, Chicago, Illinois 60604. The Clerk does not charge

a fee for filing the Answer. You may file the Answer in person or by mailing the Answer to the Clerk by first-class mail.

9. The Respondent filed the answer with the Clerk and mailed a copy of this Answer by first-class mail to:

(A) the defendant, Robert Hudson, at _____

_____ ; and

(B) the attorney for the United States, Joseph A. Stewart, Assistant United States Attorney, 219 South Dearborn Street, 5th Floor, Chicago, Illinois 60604 - Attention: Financial Litigation Unit.

### VERIFICATION

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury that the foregoing is true and correct.

Executed this 14 day of DEC 2006.

_____
(Please print and sign name.)

Jennifer Villegas (ADP Vendor)
Notification Specialist
(866) 324-5191 Fax (909) 612-6105